```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12825
   HECTOR MOSQUEDA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-2442


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/04/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    2198.74             .00       2198.74
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    1938.92             .00       1938.92
COUNTRYWIDE HOME LOANS    UNSEC W/INTER  NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE NOTI  NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE NOTI  NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED             .00           .00
HITCHCOCK AND ASSOCIATES  PRIORITY       NOT FILED             .00           .00
BANK OF AMERICA           UNSEC W/INTER  NOT FILED             .00           .00
BANK ONE                  UNSEC W/INTER  NOT FILED             .00           .00
BP AMOCO                  NOTICE ONLY    NOT FILED             .00           .00
CAPITAL ONE BANK          UNSEC W/INTER    3959.02             .00           .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED             .00           .00
CREDIT PAC                UNSEC W/INTER  NOT FILED             .00           .00
CHASE MANHATTAN           UNSEC W/INTER  NOT FILED             .00           .00
DISCOVER FINANCIAL SERVI  UNSEC W/INTER    1875.61             .00           .00
HOME DEPOT                NOTICE ONLY    NOT FILED             .00           .00
CHERYL ONO                NOTICE ONLY    NOT FILED             .00           .00
INES MEDINA               NOTICE ONLY    NOT FILED             .00           .00
JOSE VENTURA              NOTICE ONLY    NOT FILED             .00           .00
ROGER LEDESMA             NOTICE ONLY    NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    7764.54             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        38794.72             .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   95880.27             .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE NOTI  NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00           .00
THOMAS R HITCHCOCK        DEBTOR ATTY      2,123.50                      2,123.50
TOM VAUGHN                TRUSTEE                                          528.84
DEBTOR REFUND             REFUND                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12825 HECTOR MOSQUEDA
```

```
     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  6,790.00

PRIORITY                                            .00
SECURED                                        4,137.66
UNSECURED                                           .00
ADMINISTRATIVE                                 2,123.50
TRUSTEE COMPENSATION                             528.84
DEBTOR REFUND                                       .00
                     ---------------     ---------------
TOTALS                   6,790.00              6,790.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/05/09              /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE